# IN THE SUPREME COURT OF THE STATE OF NEVADA

SCOTT TERRY,

Appellant,

vs.

DYAN TERRY,

Respondent.

No. 81905

FILED

MAR 31 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order entered after a hearing on a "Notice of Compliance With 30/30 Rule" directing appellant to pay one half of the minor child's accrued psychotherapy bills. First Judicial District Court, Carson City; James Todd Russell, Judge.

Because no statute or court rule appears to permit an appeal from an order such as the one challenged in this appeal, this court entered an order directing appellant to show cause why the appeal should not be dismissed for lack of jurisdiction. *See Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Appellant failed to respond, and on February 12, 2021, this court entered an order directing appellant to respond within 7 days; the court cautioned that failure to respond and demonstrate this court's jurisdiction could result in dismissal of this appeal. To date appellant has not responded or otherwise communicated with this court; accordingly this court concludes that it lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-09297

cc: Hon. James Todd Russell, District Judge
Carolyn Worrell, Settlement Judge
The Kidder Law Group, Ltd.
Allison W. Joffee
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A